UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DWARKA JOEGRAAZ,

                            Plaintiff,

        -against-

WASHINGTON MUTUAL BANK, et al,

                            Defendants.
----------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
11-cv-3233 (CBA)

**AMON, Chief United States District Judge**.

On October 31, 2011, Magistrate Judge Viktor V. Pohorelsky issued a Report and Recommendation recommending that the above-captioned action be dismissed without prejudice for failure to prosecute. No objections have been filed. The Court hereby adopts the Report and Recommendation and dismisses this action without prejudice.

SO ORDERED.

Dated: December 19, 2011
       Brooklyn, N.Y.

                                           /s/
                              Carol Bagley Amon
                              Chief United States District Judge